# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

     Plaintiff,

v.

PAUL ALEXANDER RANSOM,

     Defendant.

Case No. CR-S-04-0011-KJD-PAL

**ORDER**

     This matter is on remand from the Ninth Circuit Court of Appeals for the limited purpose of permitting the District Court to provide Defendant/Appellant notice and an opportunity to request that the time for filing Notice of Appeal be extended for a period not to exceed thirty calendar days from the expiration of the time for filing a Notice of Appeal based on a showing of excusable neglect.  The Defendant/Appellant has already had that opportunity (No. 41).  In that motion, filed March 8, 2007, Defendant/Appellant, citing Federal Rule of Appellate Procedure 4(b),  states that the Court may extend the ten (10) day period for filing a Notice of Appeal in a criminal case for up to thirty (30) days, with or without motion and notice upon a finding of excusable neglect.  However, Defendant/Appellant fails to provide any information to support a finding of excusable neglect or good cause.

1    Accordingly, the Court finds that Defendant/Appellant has not shown good cause why the

2  time for filing the Notice of Appeal should be extended.  Moreover, the matter appealed from, an

3  order denying Motion for Reconsideration of Motion for Modification of Sentence (#30), actually

4  relates to the sentence imposed April 1, 2005.  Defendant/Appellant filed his first Motion to Modify

5  Sentence on April 10, 2006, more than a year after his sentence was imposed.  At that time,  this

6  Court no longer had jurisdiction to modify the sentence.  Any appeal would be futile.  United States

7  v. Penna, 319 F.3d 509, 511-12 (9th Cir. 2003).

8    The clerk of this Court is to send a copy of this Order to the Court of Appeals.

9    DATED:  July 10, 2008.

10

11
_____
12    UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26